**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AMBER YBARRA**                                                                     **PLAINTIFF**

**v.**                                **CASE NO. 1:14CV00054 BSM**

**RAY HOBBS, et al.**                                                 **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere have been received, along with the objections thereto. After careful consideration of the recommended disposition, the objections, and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, defendants' motion to dismiss [Doc. No. 17] is granted, and plaintiff Amber Ybarra's claims are dismissed with prejudice.

IT IS SO ORDERED this 28th day of August 2014.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE